# MEMORANDA

OF

*DECISIONS RENDERED DURING THE PERIOD EMBRACED IN
THIS VOLUME.*

---

JAMES F. D. COCHENOUR, as Administrator of the Estate
of WILLIAM D. COCHENOUR, Deceased, Respondent,
*v.* GEORGE H. JACKSON, Appellant.

*Landlord and tenant — neglect of landlord to keep apartment properly
heated — when liable for death of child of tenant from illness caused
thereby.*

*Cochenour* v. *Jackson*, 206 App. Div. 765, affirmed.

(Argued October 15, 1923; decided November 20, 1923.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered June 20, 1923, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for the death of plaintiff's intestate alleged to have been
occasioned through the neglect of defendant, the owner
of an apartment house, to keep the apartment in which
he resided heated during the month of January and part
of February, 1920, as a result of which said plaintiff's
intestate became ill and died.

*Bertrand L. Pettigrew* for appellant.

*Theodore H. Lord* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
MCLAUGHLIN, CRANE and ANDREWS, JJ.